FILED
CLERK U.S DISTRICT COURT

NOV - 9 2015

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

VERNON CASTLE BROWN, JR., ) Case No. CV 15-8590-CAS(AJW)
              )
        Petitioner, )
              ) JUDGMENT
v.            )
              )
JEFF McCOMBER, )
              )
        Respondent. )
_____)

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: 11/9/15

Christina A. Snyder
United States District Judge